BEFORE THE FIRST DIVISION, JANUARY 27, 1964

No. 68263.—R. H. Macy & Co., Inc. *v.* United States, protests 325671-K, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.